Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL ESPECIAL

| ELSIE ANN GUZMÁN ESTRELLA<br><br>Apelante<br><br>V.<br><br>PEDRO BRITO SANTANA, LORNA CINTRÓN CONCEPCIÓN<br><br>Apelados | KLAN202400619 | *Apelación* procedente del Tribunal de Primera Instancia, Sala Superior de Carolina<br><br>Caso Núm.: TJ2024CV00223<br><br>Sobre: Cobro de Dinero (Regla 60) |
|---|---|---|

Panel integrado por su presidenta; la Juez Lebrón Nieves, la Juez Barresi Ramos y la Jueza Santiago Calderón

## SENTENCIA

En San Juan, Puerto Rico, a 23 de agosto de 2024.

El 24 de junio de 2024 compareció ante este Tribunal de Apelaciones, por derecho propio, la señora Elsie A. Guzmán Estrella (en adelante, señora Guzmán Estrella o apelante). Junto a su recurso, la señora Guzmán Estrella presentó el formulario OAT 1480 sobre *Solicitud y Declaración para que se Exima de Pago de Arancel por Razón de Indigencia.* Evaluada la misma, el 1 de agosto de 2024 emitimos *Resolución* declarándola No Ha Lugar. A su vez, concedimos un plazo perentorio de cinco (5) días para cancelar los aranceles de presentación[1] correspondientes. Advertimos a la señora Guzmán Estrella que, de no cumplir con lo ordenado, el recurso se tendría por no puesto.

El 22 de agosto de 2024, la Secretaria del Tribunal de Apelaciones presentó *Comparecencia Especial*, certificando que, a la fecha, la señora Guzmán Estrella no había cancelado los aranceles

---

[1] Véase, Sección 1 de la Ley de Aranceles de Puerto Rico, Ley Núm. 17 de 11 de marzo de 1915, según enmendada, 32 LPRA § 1476; *In re: Aprobación de los Derechos Arancelarios pagaderos a los(as) Secretarios(as), Alguaciles(as) y a otro personal de la Rama Judicial que ejerce funciones de recaudación*, 192 DPR 397 (2015).

en cuestión. Certificó además, que, la apelante fue debidamente notificada de la *Resolución* emitida por esta Curia.

Así pues, en vista de que la señora Guzmán Estrella no canceló los sellos de presentación del recurso, conforme le fue requerido en nuestra *Resolución* del 1 de agosto de 2024, se desestima el recurso de epígrafe, y se ordena el cierre y archivo del mismo.

Notifíquese.

Lo acordó y manda el Tribunal, y certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones